**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| In re:<br><br>LeClairRyan PLLC,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 19-34574 (KRH)<br><br>Adversary Proceeding Nos. 21-3069; 21-3070; 21-3071; 21-3078; 21-3079; 21-3080; 21-3081; 21-3082; 21-3083; 21-3087; 21-3089; 21-3090; 21-3091 |

**ORDER DENYING MOTION TO
CONSOLIDATE CASES FOR PURPOSES OF JOINT ADMINISTRATION AND FOR
RELATED RELIEF**

Upon consideration of the motion (the "**Motion**")[1] (Dkt. No. 5), filed by Defendants Richard Bowerman (Adv. Pro. 21-3069); Christopher Lange (Adv. Pro. 21-3070); Andrew Zappia (Adv. Pro. 21-3071); Paul Burleigh (Adv. Pro. 21-3078); John Cahill (Adv. Pro. 21-3079); Karol Walker (Adv. Pro. 21-3080); Mark Dombroff (Adv. Pro. 21-3081); Niclas Ferland (Adv. Pro. 21-3082); Janice Grubin (Adv. Pro. 21-3083); Lori Thompson (Adv. Pro. 21-3087); Erik Gustafson (Adv. Pro. 21-3089); Jason Medley (Adv. Pro. 21-3090); and Elizabeth Acee (Adv. Pro. 21-3091)

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Email:　　erikamorabito@quinnemanuel.com
　　　　　brittanynelson@quinnemanuel.com

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

(collectively, the "**Adversary Proceedings**")[2] for an entry of order (i) denying consolidation; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that due and proper notice of the Motion has been given and that no other or further notice need be given; and the Court having reviewed and considered the Motion and the responses and objections thereto, if any; and it appearing that good cause does not exist for granting the Motion, it is hereby: ADJUDGED, ORDERED, AND DECREED as follows:

1. The Motion is hereby DENIED

2. The Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

3. The Clerk of the Court is hereby directed to file this order in each of the Adversary Proceedings.

4. This Order shall be effective and enforceable immediately upon entry.

Nov 1 2021

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Nov 2 2021

---

[2] Initially filed as 13 separate motions, this order is applicable to all of the Adversary Proceedings.

10750-00002/13012852.2

WE ASK FOR THIS:

*/s/ Erika L. Morabito*

_____
Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8334 (telephone)
Email:  erikamorabito@quinnemanuel.com
          brittanynelson@quinnemanuel.com

*Special Counsel to Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF ENDORSEMENT

I hereby certify, under Local Bankruptcy Rule 9022-1, that the foregoing proposed Order has been endorsed by and/ or served upon all necessary parties.

                                                      */s/ Erika Morabito*
                                                      Erika L. Morabito