UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **In re:**<br><br>LeClairRyan PLLC,<br><br>Debtor. | **Case No. 19-34574-KRH**<br><br>**Chapter 7** |
| **Lynn L. Tavenner, Chapter 7 Trustee,**<br><br>Plaintiff,<br><br>v.<br><br>**Richard W. Bowerman,**<br><br>Defendant. | **Adv. Pro. No. 21-03069-KRH** |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lynn L. Tavenner, not individually, but solely in her capacity as the duly appointed Chapter 7 trustee (the "**Trustee**" or herein "**Plaintiff**") of the bankruptcy estate of LeClairRyan PLLC in the above-referenced Chapter 7 case, and Defendant Richard W. Bowerman (the "**Defendant**") hereby stipulate to the dismissal with prejudice of all remaining counts, including Counts III-XVII. As evidenced by the

---

Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8334 (telephone)
Email: erikamorabito@quinnemanuel.com
        brittanynelson@quinnemanuel.com

*Special Counsel to Lynn L. Tavenner, Chapter 7 Trustee*

endorsement herein, the Defendant consents to the dismissal of these Counts. Accordingly, the above-captioned action, is hereby dismissed with prejudice.

Dated: February 22, 2023

Respectfully submitted,

/s/ Brittany J. Nelson
Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC  20005
Tel:   (202) 538-8332
Email: erikamorabito@quinnemanuel.com
       brittanynelson@quinnemanuel.com

*Counsel to Lynn L. Tavenner, Esq., Chapter 7*
 *Trustee of Estate of LeClairRyan PLLC*

SEEN AND AGREED:

/s/ Diana Lyn Curtis McGraw
Diana Lyn Curtis McGraw (VSB No. 89392)
Fox Rothschild LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: (202) 794-1208
dmcgraw@foxrothschild.com

*Counsel for Richard W. Bowerman*